UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

HEATHER WINTERS, on behalf of herself and
all others similarly situated,

   Plaintiff,

Case No. 22-C-978

v.

THEDACARE, INC.,

   Defendant.

## ORDER FOR APPROVAL OF SETTLEMENT
## AND STIPULATION FOR DISMISSAL WITH PREJUDICE

Based upon the court's review of the "Joint Motion for Court Approval of Individual Settlement" e-filed by the parties;

**IT IS HEREBY ORDERED** that the Settlement Agreement is approved and the case is dismissed with prejudice and without costs to either party.

Dated this <u>12th</u> day of May, 2023.

            s/ William C. Griesbach
            William C. Griesbach
            United States District Judge